UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:16-CR-116-D-6

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | ORDER TO SEAL |
| ) | |
| TONY CHEVALLIER, ) | |
| Defendant. ) | |

Upon Motion of the Defendant, it is hereby ORDERED that the Defendant's Sentencing Memorandum (D.E. 1282) in the above captioned matter, be sealed until such time as requested to be unsealed by the Defendant.

This the **12** day of **December**, 2018.

_____
JAMES C. DEVER, III
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NORTH CAROLINA