IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:16-CR-116-D-6

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) **ORDER** |
| TONY CHEVALLIER, | ) |
| Defendant. | ) |

On December 19, 2018, Tony Chevallier ("Chevallier" or "defendant") filed a notice of appeal through counsel [D.E. 1297]. On December 19, 2018, Chevallier filed a pro se notice of appeal [D.E. 1305]. On January 14, 2019, Chevallier filed a motion seeking free transcripts of his trial and sentencing [D.E. 1320].

Defendant's motion [D.E. 1320] is DENIED without prejudice. Defendant may obtain the transcripts from his appellate counsel.

SO ORDERED. This 18 day of January 2019.

JAMES C. DEVER III
United States District Judge